**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

HOWARD COHAN,

    Plaintiff,

v.

HARRY ROBERT FAMILY, L.L.C.,

    Defendant.

Civil Action No. 19-70

DIST. JUDGE JOHN W. DeGRAVELLES

MAG. JUDGE RICHARD L. BOURGEOIS, JR.

## NOTICE OF PENDING SETTLEMENT

Pursuant to Local Rule 16(c) of the Local Rules for the U.S. District for the Middle District of Louisiana, Plaintiff Howard Cohan and Defendant HARRY ROBERT FAMILY, L.L.C., have reached an agreement to settle the claims raised between them in this litigation. The parties request sixty (60) days to complete the terms of the settlement and to dismiss this Defendants.

  Respectfully submitted this 23rd day of July, 2020.

*/s/ Keren E. Gesund, Esq.*

Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd., Suite 805
Metairie, LA 70002
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of July 2020, a true and correct copy of the foregoing pleading was served electronically via ECF on all counsel of record.

*/s/ Keren E. Gesund*